THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ANTHONY FURINO, Appellant.

Argued February 25, 1943; decided April 22, 1943.

*Maxim Ingber* for appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.